No. 92–132.  JONES, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF JONES, DECEASED *v.* PETTY-RAY GEOPHYSICAL GEOSOURCE ET AL.  C. A. 5th Cir.  Certiorari denied. ▮

No. 92–133.  KOLBECK *v.* GENERAL MOTORS CORP.  C. A. 3d Cir.  Certiorari denied.

No. 92–134.  GOAD *v.* ROLLINS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 92–136.  MCGIBONY ET AL. *v.* FLORIDA BIRTH-RELATED NEUROLOGICAL INJURY COMPENSATION PLAN ET AL.  Sup. Ct. Fla.  Certiorari denied.

No. 92–138.  A-ABART ELECTRIC SUPPLY, INC., ET AL. *v.* EMERSON ELECTRIC CO. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 92–140.  GREENMAN ET UX. *v.* CITY OF CORTLAND.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 92–142.  SHARP ET AL. *v.* KANSAS.  Sup. Ct. Kan.  Certiorari denied.

No. 92–143.  NEARBURG *v.* BAMERILEASE CAPITAL CORP.  C. A. 6th Cir.  Certiorari denied.

No. 92–145.  STONE *v.* SHAW ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 92–146.  CESARO *v.* LAKEVILLE COMMUNITY SCHOOL DISTRICT ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 92–147.  PERE *v.* IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 11th Cir.  Certiorari denied.

No. 92–148.  CALHOUN ET AL. *v.* SENK ET UX.  C. A. 6th Cir.  Certiorari denied.

No. 92–152.  KOSIK *v.* CLOUD COUNTY COMMUNITY COLLEGE.  Sup. Ct. Kan.  Certiorari denied.